**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO**

| | | |
|---|---|---|
| SPENCER NEAL, *et al*., | : | |
| | : | |
| Plaintiffs, | : | Case No.:   1:25-cv-02008-DCN |
| | : | |
| vs. | : | JUDGE DONALD C. NUGENT |
| | : | |
| MARC GLASSMAN, INC., *et al*., | : | |
| | : | |
| Defendants. | : | |
| | : | |

**ANSWER OF DEFENDANT STOW DARROW LIMITED PARTNERSHIP TO PLAINTIFFS' FIRST AMENDED COMPLAINT FOR INJUNCTIVE RELIEF AND DAMAGES**

Now comes Defendant Stow Darrow Limited Partnership ("Defendant"), by and through its counsel, and, for its Answer to the "First Amended Complaint for Injunctive Relief and Damages" ("Complaint") filed on behalf of Plaintiffs Spencer Neal and Vivian Oeffner (collectively "Plaintiffs"), hereby makes the following admissions, denials, statements and affirmative defenses:

**INTRODUCTION:**

1.      Defendant states that it is without knowledge or information sufficient to form a belief as to the truth of the averments contained in Paragraph 1 of Plaintiffs' Complaint and therefore denies the same.

**JURISDICTION AND VENUE:**

2.      Defendant states that it is without knowledge or information sufficient to form a belief as to the truth of the averments contained in Paragraph 2 of Plaintiffs' Complaint and therefore denies the same.

3.      Defendant states that it is without knowledge or information sufficient to form a belief as to the truth of the averments contained in Paragraph 3 of Plaintiffs' Complaint and therefore denies the same.

**PARTIES:**

4.      Defendant states that it is without knowledge or information sufficient to form a belief as to the truth of the averments contained in Paragraph 4 of Plaintiffs' Complaint and therefore denies the same.

5.      Defendant states that it is without knowledge or information sufficient to form a belief as to the truth of the averments contained in Paragraph 5 of Plaintiffs' Complaint and therefore denies the same.

6.      Defendant states that it is without knowledge or information sufficient to form a belief as to the truth of the averments contained in Paragraph 6 of Plaintiffs' Complaint and therefore denies the same.

7.      Defendant states that it is without knowledge or information sufficient to form a belief as to the truth of the averments contained in Paragraph 7 of Plaintiffs' Complaint and therefore denies the same.

8.      Defendant states that it is without knowledge or information sufficient to form a belief as to the truth of the averments contained in Paragraph 8 of Plaintiffs' Complaint and therefore denies the same.

9.      Defendant states that it is without knowledge or information sufficient to form a belief as to the truth of the averments contained in Paragraph 9 of Plaintiffs' Complaint and therefore denies the same.

10.     Defendant states that it is without knowledge or information sufficient to form a belief as to the truth of the averments contained in Paragraph 10 of Plaintiffs' Complaint and therefore denies the same.

11.     Defendant states that it is without knowledge or information sufficient to form a belief as to the truth of the averments contained in Paragraph 11 of Plaintiffs' Complaint and therefore denies the same.

12.     Defendant admits as averred in Paragraph 12 of Plaintiff's Complaint that Defendant owns the real property located at 3732 Darrow Road in Stow, Ohio. Further answering, Defendant states that it is without knowledge or information sufficient to form a belief as to the truth of the remaining averments contained in Paragraph 12 of Plaintiffs' Complaint and therefore denies the same.

13.     Defendant states that it is without knowledge or information sufficient to form a belief as to the truth of the averments contained in Paragraph 13 of Plaintiffs' Complaint and therefore denies the same.

14.     Defendant states that it is without knowledge or information sufficient to form a belief as to the truth of the averments contained in Paragraph 14 of Plaintiffs' Complaint and therefore denies the same.

15.     Defendant states that it is without knowledge or information sufficient to form a belief as to the truth of the averments contained in Paragraph 15 of Plaintiffs' Complaint and therefore denies the same.

16.     Defendant states that it is without knowledge or information sufficient to form a belief as to the truth of the averments contained in Paragraph 16 of Plaintiffs' Complaint and therefore denies the same.

17.     Defendant states that it is without knowledge or information sufficient to form a belief as to the truth of the averments contained in Paragraph 17 of Plaintiffs' Complaint and therefore denies the same.

18.     Defendant states that it is without knowledge or information sufficient to form a belief as to the truth of the averments contained in Paragraph 18 of Plaintiffs' Complaint and therefore denies the same.

19.     Defendant states that it is without knowledge or information sufficient to form a belief as to the truth of the averments contained in Paragraph 19 of Plaintiffs' Complaint and therefore denies the same.

20.     Defendant states that it is without knowledge or information sufficient to form a belief as to the truth of the averments contained in Paragraph 20 of Plaintiffs' Complaint and therefore denies the same.

21.     Defendant states that it is without knowledge or information sufficient to form a belief as to the truth of the averments contained in Paragraph 21 of Plaintiffs' Complaint and therefore denies the same.

22.     Defendant states that it is without knowledge or information sufficient to form a belief as to the truth of the averments contained in Paragraph 22 of Plaintiffs' Complaint and therefore denies the same.

23.     Defendant states that it is without knowledge or information sufficient to form a belief as to the truth of the averments contained in Paragraph 23 of Plaintiffs' Complaint and therefore denies the same.

24. Defendant states that it is without knowledge or information sufficient to form a belief as to the truth of the averments contained in Paragraph 24 of Plaintiffs' Complaint and therefore denies the same.

25. Defendant states that it is without knowledge or information sufficient to form a belief as to the truth of the averments contained in Paragraph 25 of Plaintiffs' Complaint and therefore denies the same.

26. Defendant states that it is without knowledge or information sufficient to form a belief as to the truth of the averments contained in Paragraph 26 of Plaintiffs' Complaint and therefore denies the same.

27. Defendant states that it is without knowledge or information sufficient to form a belief as to the truth of the averments contained in Paragraph 27 of Plaintiffs' Complaint and therefore denies the same.

28. Defendant states that it is without knowledge or information sufficient to form a belief as to the truth of the averments contained in Paragraph 28 of Plaintiffs' Complaint and therefore denies the same.

29. Defendant states that it is without knowledge or information sufficient to form a belief as to the truth of the averments contained in Paragraph 29 of Plaintiffs' Complaint and therefore denies the same.

30. Defendant states that it is without knowledge or information sufficient to form a belief as to the truth of the averments contained in Paragraph 30 of Plaintiffs' Complaint and therefore denies the same.

31.     Defendant states that it is without knowledge or information sufficient to form a belief as to the truth of the averments contained in Paragraph 31 of Plaintiffs' Complaint and therefore denies the same.

32.     Defendant states that it is without knowledge or information sufficient to form a belief as to the truth of the averments contained in Paragraph 32 of Plaintiffs' Complaint and therefore denies the same.

33.     Defendant states that it is without knowledge or information sufficient to form a belief as to the truth of the averments contained in Paragraph 33 of Plaintiffs' Complaint and therefore denies the same.

34.     Defendant states that it is without knowledge or information sufficient to form a belief as to the truth of the averments contained in Paragraph 34 of Plaintiffs' Complaint and therefore denies the same.

35.     Defendant states that it is without knowledge or information sufficient to form a belief as to the truth of the averments contained in Paragraph 35. of Plaintiffs' Complaint and therefore denies the same

**FACTUAL ALLEGATIONS:**

36.     Defendant states that it is without knowledge or information sufficient to form a belief as to the truth of the averments contained in Paragraph 36 of Plaintiffs' Complaint and therefore denies the same.

**<u>NEAL'S VISITATIONS</u>**

37.     Defendant states that it is without knowledge or information sufficient to form a belief as to the truth of the averments contained in Paragraph 37 of Plaintiffs' Complaint (including subparagraphs a – h) and therefore denies the same.

38. Defendant states that it is without knowledge or information sufficient to form a belief as to the truth of the averments contained in Paragraph 38 of Plaintiffs' Complaint (including subparagraphs a – e) and therefore denies the same.

39. Defendant states that it is without knowledge or information sufficient to form a belief as to the truth of the averments contained in Paragraph 39 of Plaintiffs' Complaint (including subparagraphs a – i) and therefore denies the same.

40. Defendant denies the averments contained in subparagraphs a, b and c of Paragraph 40 of Plaintiffs' Complaint. Further answering, Defendant states that it is without knowledge or information sufficient to form a belief as to the truth of the remaining averments contained in Paragraph 40 of Plaintiffs' Complaint (including subparagraphs d – j) and therefore denies the same.

41. Defendant states that it is without knowledge or information sufficient to form a belief as to the truth of the averments contained in Paragraph 41 of Plaintiffs' Complaint (including subparagraphs a – h) and therefore denies the same.

42. Defendant states that it is without knowledge or information sufficient to form a belief as to the truth of the averments contained in Paragraph 42 of Plaintiffs' Complaint (including subparagraphs a – e) and therefore denies the same.

43. Defendant states that it is without knowledge or information sufficient to form a belief as to the truth of the averments contained in Paragraph 43 of Plaintiffs' Complaint (including the improperly and non-sequentially lettered subparagraphs a, b, f and c) and therefore denies the same.

44.     Defendant states that it is without knowledge or information sufficient to form a belief as to the truth of the averments contained in Paragraph 44 of Plaintiffs' Complaint (including subparagraphs a – e) and therefore denies the same.

45.     Defendant states that it is without knowledge or information sufficient to form a belief as to the truth of the averments contained in Paragraph 45 of Plaintiffs' Complaint (including subparagraphs a – d) and therefore denies the same.

46.     Defendant states that it is without knowledge or information sufficient to form a belief as to the truth of the averments contained in Paragraph 46 of Plaintiffs' Complaint (including subparagraphs a – i) and therefore denies the same.

47.     Defendant states that it is without knowledge or information sufficient to form a belief as to the truth of the averments contained in Paragraph 47 of Plaintiffs' Complaint (including subparagraphs a – e) and therefore denies the same.

48.     Defendant states that it is without knowledge or information sufficient to form a belief as to the truth of the averments contained in Paragraph 48 of Plaintiffs' Complaint (including subparagraphs a – e) and therefore denies the same.

49.     Defendant states that it is without knowledge or information sufficient to form a belief as to the truth of the averments contained in Paragraph 49 of Plaintiffs' Complaint (including subparagraphs a – e) and therefore denies the same.

50.     Defendant states that it is without knowledge or information sufficient to form a belief as to the truth of the averments contained in Paragraph 50 of Plaintiffs' Complaint (including subparagraphs a – d) and therefore denies the same.

51.  Defendant states that it is without knowledge or information sufficient to form a belief as to the truth of the averments contained in Paragraph 51 of Plaintiffs' Complaint (including subparagraphs a – f) and therefore denies the same.

52.  Defendant states that it is without knowledge or information sufficient to form a belief as to the truth of the averments contained in Paragraph 52 of Plaintiffs' Complaint (including subparagraphs a – e) and therefore denies the same.

53.  Defendant states that it is without knowledge or information sufficient to form a belief as to the truth of the averments contained in Paragraph 53 of Plaintiffs' Complaint (including subparagraphs a – g) and therefore denies the same.

54.  Defendant states that it is without knowledge or information sufficient to form a belief as to the truth of the averments contained in Paragraph 54 of Plaintiffs' Complaint (including subparagraphs a – h) and therefore denies the same.

55.  Defendant states that it is without knowledge or information sufficient to form a belief as to the truth of the averments contained in Paragraph 55 of Plaintiffs' Complaint (including subparagraphs a – g) and therefore denies the same.

56.  Defendant denies the averments contained in Paragraph 56 of Plaintiffs' Complaint.

57.  Defendant states that it is without knowledge or information sufficient to form a belief as to the truth of the averments contained in Paragraph 57 of Plaintiffs' Complaint and therefore denies the same.

## OEFFNER'S VISITATIONS

58.     Defendant states that it is without knowledge or information sufficient to form a belief as to the truth of the averments contained in Paragraph 58 of Plaintiffs' Complaint and therefore denies the same.

59.     Defendant states that it is without knowledge or information sufficient to form a belief as to the truth of the averments contained in Paragraph 59 of Plaintiffs' Complaint and therefore denies the same.

60.     Defendant states that it is without knowledge or information sufficient to form a belief as to the truth of the averments contained in Paragraph 60 of Plaintiffs' Complaint and therefore denies the same.

61.     Defendant states that it is without knowledge or information sufficient to form a belief as to the truth of the averments contained in Paragraph 61 of Plaintiffs' Complaint (including subparagraphs a – d) and therefore denies the same.

62.     Defendant states that it is without knowledge or information sufficient to form a belief as to the truth of the averments contained in Paragraph 62of Plaintiffs' Complaint (including subparagraphs a – h) and therefore denies the same.

63.     Defendant states that it is without knowledge or information sufficient to form a belief as to the truth of the averments contained in Paragraph 63 of Plaintiffs' Complaint (including subparagraphs a – h) and therefore denies the same.

64.     Defendant states that it is without knowledge or information sufficient to form a belief as to the truth of the averments contained in Paragraph 64 of Plaintiffs' Complaint (including subparagraphs a – d) and therefore denies the same.

65.     Defendant states that it is without knowledge or information sufficient to form a belief as to the truth of the averments contained in Paragraph 65 of Plaintiffs' Complaint (including subparagraphs a – g) and therefore denies the same.

66.     Defendant states that it is without knowledge or information sufficient to form a belief as to the truth of the averments contained in Paragraph 66 of Plaintiffs' Complaint (including subparagraphs a – e) and therefore denies the same.

67.     Defendant states that it is without knowledge or information sufficient to form a belief as to the truth of the averments contained in Paragraph 67 of Plaintiffs' Complaint (including subparagraphs a – d) and therefore denies the same.

68.     Defendant states that it is without knowledge or information sufficient to form a belief as to the truth of the averments contained in Paragraph 68 of Plaintiffs' Complaint (including subparagraphs a – d) and therefore denies the same.

69.     Defendant states that it is without knowledge or information sufficient to form a belief as to the truth of the averments contained in Paragraph 69 of Plaintiffs' Complaint (including subparagraphs a – d) and therefore denies the same.

70.     Defendant denies the averments contained in Paragraph 70 of Plaintiffs' Complaint..

71.     Defendant states that it is without knowledge or information sufficient to form a belief as to the truth of the averments contained in Paragraph 71 of Plaintiffs' Complaint and therefore denies the same.

**WAGNER'S VISITATIONS**

72. Defendant states that it is without knowledge or information sufficient to form a belief as to the truth of the averments contained in Paragraph 72of Plaintiffs' Complaint (including subparagraphs a – g) and therefore denies the same.

73. Defendant states that it is without knowledge or information sufficient to form a belief as to the truth of the averments contained in Paragraph 73 of Plaintiffs' Complaint (including subparagraphs a – g) and therefore denies the same.

74. Defendant denies the averments contained in Paragraph 74 of Plaintiffs' Complaint.

75. Defendant states that it is without knowledge or information sufficient to form a belief as to the truth of the averments contained in Paragraph 75 of Plaintiffs' Complaint and therefore denies the same.

76. Defendant denies the averments contained in Paragraph 76 of Plaintiffs' Complaint.

77. Defendant denies the averments contained in Paragraph 77 of Plaintiffs' Complaint.

78. Defendant denies the averments contained in Paragraph 78 of Plaintiffs' Complaint.

79. Defendant denies the averments contained in Paragraph 79 of Plaintiffs' Complaint.

80. Defendant denies the averments contained in Paragraph 80 of Plaintiffs' Complaint.

81. Defendant denies the averments contained in Paragraph 81 of Plaintiffs' Complaint.

82.     Defendant states that it is without knowledge or information sufficient to form a belief as to the truth of the averments contained in Paragraph 82 of Plaintiffs' Complaint and therefore denies the same. Further answering, Defendant denies that Plaintiffs have the right to further amend their Complaint as the information is readily available from the public record and is designed solely to inconvenience and harass, and cause additional undue expense to, Defendant.

83.     Defendant denies the averments contained in Paragraph 83 of Plaintiffs' Complaint.

84.     Defendant denies the averments contained in Paragraph 84 of Plaintiffs' Complaint.

85.     Defendant denies the averments contained in Paragraph 85 of Plaintiffs' Complaint.

86.     Defendant denies the averments contained in Paragraph 86 of Plaintiffs' Complaint.

87.     Defendant states that it is without knowledge or information sufficient to form a belief as to the truth of the averments contained in Paragraph 87 of Plaintiffs' Complaint and therefore denies the same. Further answering, Defendant denies any implication that Defendant's property fails to comply with any applicable laws.

88.     Defendant denies the averments contained in Paragraph 88 of Plaintiffs' Complaint.

89.     Defendant denies the averments contained in Paragraph 89 of Plaintiffs' Complaint.

90. Defendant denies the averments contained in Paragraph 90 of Plaintiffs' Complaint.

91. Defendant denies the averments contained in Paragraph 91 of Plaintiffs' Complaint.

92. Defendant states that it is without knowledge or information sufficient to form a belief as to the truth of the averments contained in Paragraph 92 of Plaintiffs' Complaint.

93. Defendant denies the averments contained in Paragraph 93 of Plaintiffs' Complaint.

94. Defendant states that it is without knowledge or information sufficient to form a belief as to the truth of the averments contained in Paragraph 94 of Plaintiffs' Complaint and therefore denies the same. Further answering, Defendant denies any implication that Defendant's property does not comply with any applicable laws.

95. Defendant states that it is without knowledge or information sufficient to form a belief as to the truth of the averments contained in Paragraph 95 of Plaintiffs' Complaint and therefore denies the same. Further answering, Defendant denies any implication that Defendant's property does not comply with any applicable laws.

96. Defendant denies the averments contained in Paragraph 96 of Plaintiffs' Complaint.

97. Defendant states that it is without knowledge or information sufficient to form a belief as to the truth of the averments contained in Paragraph 97 of Plaintiffs' Complaint and therefore denies the same. Further answering, Defendant denies any implication that Defendant's property does not comply with any applicable laws.

**CLASS ALLEGATIONS:**

98.     Defendant incorporates its prior admissions, denials, and statements as if fully re-written herein in response to the averments contained in Paragraph 98 of Plaintiffs' Complaint.

99.     Defendant states that it is without knowledge or information sufficient to form a belief as to the truth of the averments contained in Paragraph 99 of Plaintiffs' Complaint and therefore denies the same.

100.    Defendant states that it is without knowledge or information sufficient to form a belief as to the truth of the averments contained in Paragraph 100 of Plaintiffs' Complaint and therefore denies the same.

101.    Defendant states that it is without knowledge or information sufficient to form a belief as to the truth of the averments contained in Paragraph 101 of Plaintiffs' Complaint and therefore denies the same.

102.    Defendant states that it is without knowledge or information sufficient to form a belief as to the truth of the averments contained in Paragraph 102 of Plaintiffs' Complaint and therefore denies the same.

103.    Defendant denies the averments contained in Paragraph 103 of Plaintiffs' Complaint and therefore denies the same.

104.    Defendant denies the averments contained in Paragraph 104 of Plaintiffs' Complaint.

105.    Defendant denies the averments contained in Paragraph 105 of Plaintiffs' Complaint.

106.    Defendant denies the averments contained in Paragraph 106 of Plaintiffs' Complaint.

107.     Defendant denies the averments contained in Paragraph 107 of Plaintiffs' Complaint.

108.     Defendant denies the averments contained in Paragraph 108 of Plaintiffs' Complaint.

109.     Defendant states that it is without knowledge or information sufficient to form a belief as to the truth of the averments contained in Paragraph 109 of Plaintiffs' Complaint and therefore denies the same.

110.     Defendant denies the averments contained in Paragraph 110 of Plaintiffs' Complaint.

111.     Defendant denies the averments contained in Paragraph 111 of Plaintiffs' Complaint.

**CAUSES OF ACTION:**

**I.      DENIAL OF ACCESS BY A PUBLIC ACCOMODATION IN VIOLATION OF THE AMERICANS WITH DISABILITIES ACT OF 1990 (42 U.S.C. §12101, *et seq*.)**

112.     Defendant incorporates its prior admissions, denials, and statements as if fully re-written herein in response to the averments contained in Paragraph 112 of Plaintiffs' Complaint.

113.     Defendant states that it is without knowledge or information sufficient to form a belief as to the truth of the averments contained in Paragraph 113 of Plaintiffs' Complaint and therefore denies the same.

114.     Defendant states that it is without knowledge or information sufficient to form a belief as to the truth of the averments contained in Paragraph 114 of Plaintiffs' Complaint and therefore denies the same.

115.	Defendant states that it is without knowledge or information sufficient to form a belief as to the truth of the averments contained in Paragraph 115 of Plaintiffs' Complaint and therefore denies the same.

116.	Defendant states that it is without knowledge or information sufficient to form a belief as to the truth of the averments contained in Paragraph 116 of Plaintiffs' Complaint and therefore denies the same.

117.	Defendant states that it is without knowledge or information sufficient to form a belief as to the truth of the averments contained in Paragraph 117 of Plaintiffs' Complaint and therefore denies the same.

118.	Defendant denies the averments contained in Paragraph 118 of Plaintiffs' Complaint.

119.	Defendant denies the averments contained in Paragraph 119 of Plaintiffs' Complaint.

120.	Defendant denies the averments contained in Paragraph 120 of Plaintiffs' Complaint.

121.	Defendant states that it is without knowledge or information sufficient to form a belief as to the truth of the averments contained in Paragraph 121 of Plaintiffs' Complaint and therefore denies the same.

122.	Defendant denies the averments contained in Paragraph 122 of Plaintiffs' Complaint and therefore denies the same.

123.	Defendant states that it is without knowledge or information sufficient to form a belief as to the truth of the averments contained in Paragraph 123 of Plaintiffs' Complaint and therefore denies the same. Further answering, Defendant denies any allegation that Defendant's

property violates any applicable law or denies the legal rights of Plaintiffs and other persons with physical disabilities to access its property.

124. Defendant states that it is without knowledge or information sufficient to form a belief as to the truth of the averments contained in Paragraph 124 of Plaintiffs' Complaint and therefore denies the same.

**II.  SECOND CAUSE OF ACTION FOR DENIAL OF FULL AND EQUAL ACCESS IN VIOLATION OF OHIO REVISED CODE § 4112.02, *et seq*.**

125. Defendant incorporates its prior admissions, denials, and statements as if fully re-written herein in response to the averments contained in Paragraph 125 of Plaintiffs' Complaint.

126. Defendant states that it is without knowledge or information sufficient to form a belief as to the truth of the averments contained in Paragraph 126 of Plaintiffs' Complaint and therefore denies the same.

127. Defendant states that it is without knowledge or information sufficient to form a belief as to the truth of the averments contained in Paragraph 127 of Plaintiffs' Complaint and therefore denies the same.

128. Defendant denies the averments contained in Paragraph 128 of Plaintiffs' Complaint.

129. Defendant denies the averments contained in Paragraph 129 of Plaintiffs' Complaint.

130. Defendant denies the averments contained in Paragraph 130 of Plaintiffs' Complaint.

131. Defendant denies the averments contained in Paragraph 131 of Plaintiffs' Complaint.

132. Defendant denies the averments contained in Paragraph 132 of Plaintiffs' Complaint.

133. Defendant denies the averments contained in Paragraph 133 of Plaintiffs' Complaint.

134. Defendant denies the averments contained in Paragraph 134 of Plaintiffs' Complaint.

135. Defendant denies the averments contained in Paragraph 135 of Plaintiffs' Complaint.

## III. THIRD CAUSE OF ACTION FOR VIOLATION OF THE OHIO CONSUMER SALES PRACTICES ACT, R.C. 1345, *ET SEQ.*

136. Defendant incorporates its prior admissions, denials, and statements as if fully re-written herein in response to the averments contained in Paragraph 136 of Plaintiffs' Complaint.

137. Defendant denies the averments contained in Paragraph 137 of Plaintiffs' Complaint.

138. Defendant denies the averments contained in Paragraph 138 of Plaintiffs' Complaint.

139. Defendant denies the averments contained in Paragraph 139 of Plaintiffs' Complaint.

140. Defendant denies each and every other averment contained in Plaintiffs' Complaint which is not expressly admitted herein.

### AFFIRMATIVE DEFENSES

141. Plaintiffs' claims against Defendant are barred for failure to state a claim upon which relief can be granted.

142. Plaintiffs' claims against Defendant are barred because Plaintiffs do not have standing to assert or maintain the above-captioned action.

143. Plaintiffs' claims against Defendant are barred because Plaintiffs are not proper plaintiffs in the above-captioned action and, therefore, this Court lacks subject matter jurisdiction over Plaintiffs' claims.

144. Plaintiffs' claims against Defendant are barred in whole or in part by virtue of the applicable statute of limitations or statute of repose.

145. Plaintiffs' claims against Defendant are barred or fail because Plaintiffs have failed to mitigate any damages they claim to have suffered.

146. Plaintiffs' claims against Defendant fail because Plaintiffs have failed to exhaust their administrative prerequisites and/or remedies.

147. Plaintiffs claims against Defendant fail because Plaintiffs have deliberately failed and/or refused to attempt any pre-litigation dispute resolution as encouraged by the ADA.

148. Plaintiffs' claim against Defendant for attorneys' fees under the ADA fails because Plaintiffs have deliberately failed and/or refused to attempt any pre-litigation dispute resolution as encouraged by the ADA.

149. Plaintiffs' claims against Defendant fail because Defendant did not receive adequate notice of the Plaintiffs' disability and desire for reasonable accommodation.

150. Plaintiffs' claims against Defendant fail because Plaintiffs did not permit Defendant the opportunity to provide reasonable accommodation(s) in good faith.

151. Plaintiffs' claims against Defendant fail because Plaintiffs did not attempt to access the real property owned by Defendant and have no real intention of returning to that real property.

152. Plaintiffs' claims against Defendant fail because the property owned by Defendant was constructed prior to 1990 and was constructed in compliance with all valid laws, rules, and regulations.

153. Plaintiffs' claims against Defendant fail because the remedy requested by Plaintiff would result in a fundamental alteration of the nature of the goods, services, or facilities Defendant provides.

154. Plaintiffs' claims against Defendant fail because the remedy requested by Plaintiffs to be imposed upon Defendant would create an undue burden or expense and/or is not readily achievable.

155. Plaintiffs' claims against Defendant fail because the alleged injuries and/or damages suffered by Plaintiffs, if any, were caused by the acts or omissions of third-parties over whom Defendant has no control and for which Defendant is not legally responsible.

156. Plaintiffs claims against Defendant fail because Defendant acted in good faith and complied with all applicable duties imposed by law.

157. Plaintiffs claims against Defendant fail because Defendant complied with all applicable statutes, regulations, codes, and standards.

158. Plaintiffs claims against Defendant fail because any injuries or damages suffered by Plaintiffs was caused by Plaintiffs' own conduct.

159. Plaintiffs' claim for class certification and/or for this action to be maintained as a class action fail because the putative class fails to satisfy one or more requirements of Fed. R. Civ. P. 23(a) or (b).

160. Plaintiffs' claims for class certification and/or for this action to be maintained as a class action fail because the named Plaintiffs' claims are not typical of the class and Plaintiffs cannot fairly or adequately represent the class.

161. Plaintiffs' claims for class certification and/or for this action to be maintained as a class action fail because individual issues predominate over common questions of law or fact.

162. . Plaintiffs' claims for class certification and/or for this action to be maintained as a class action fail because the class definition is vague, indefinite, or not objectively ascertainable.

163. Plaintiffs' claims for class certification and/or for this action to be maintained as a class action fail because a class action is not a superior or manageable method of adjudication.

164. Plaintiffs' claims for class certification and/or for this action to be maintained as a class action fail because Plaintiffs and some or all putative class members lack Article III standing.

165. Defendant reserves the right to assert any additional affirmative defenses, counterclaims and/or cross-claims that might come to its attention or that may develop during the pendency of the above-captioned action.

**WHEREFORE,** Defendant demands that Plaintiffs' Complaint be dismissed as to it and that Defendant be entitled to an award for its costs and attorney fees in defending the above-captioned action.

Respectfully submitted,

**THE SHERAW LAW FIRM LLC**

By:   /s/ Brett R. Sheraw
        Brett R. Sheraw (0074130)
1209 Hill Road North, Suite 118
Pickerington, Ohio 43147
Telephone:   (614) 519-2429
Facsimile:   (877) 341-4972
E-mail:          bsheraw@sherawlaw.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on May 15, 2026, a copy of the foregoing ANSWER OF DEFENDANT STOW DARROW LIMITED PARTNERSHIP TO PLAINTIFFS' FIRST AMENDED COMPLAINT FOR INJUNCTIVE RELIEF AND DAMAGES was filed electronically with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the parties who have entered an appearance in the above-captioned action. Parties may access this filing through the Court's case management and electronic case filing system.

By:   /s/ Brett R. Sheraw
        Brett R. Sheraw (0074130)