AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:25-cv-2008-DCN

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  Brecksville Shopping Center _____

was received by me on *(date)* _____ 05/07/2026 _____ .

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)*  Matthew Harris Lucas, Registered Agent _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

Brecksville Shopping Center _____ on *(date)* ____ 05/13/2026 ____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ ____ 0.00 ____ for travel and $ ____ 0.00 ____ for services, for a total of $ ____ 0.00 ____ .

I declare under penalty of perjury that this information is true.

Date: ____ 05/20/2026 ____

_____
*Server's signature*

Colin G. Meeker (OH# 0092980)
_____
*Printed name and title*

495 Portage Lakes Drive
Akron, OH 44319
_____
*Server's address*

Additional information regarding attempted service, etc:
I delivered the documents, SUMMONS IN A CIVIL ACTION; FIRST AMENDED CLASS ACTION FOR INJUNCTIVE RELIEF AND DAMAGES, to Matthew Harris Lucas, statutory agent of Brecksville Shopping Center, as identified by the Ohio Secretary of State. I completed service at 526 Superior Ave., Ste 320, Cleveland, OH 44114, by direct delivery to Matthew Harris Lucas, who identified himself, on May 13, 2026, at 12:18 PM.