AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:25-cv-2008-DCN

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   Ravenna Plaza, LLC

was received by me on *(date)*        05/07/2026        .

❑ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

❑ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)*   U-B Corporation, Registered Agent   , who is

designated by law to accept service of process on behalf of *(name of organization)*

Ravenna Plaza, LLC   on *(date)* May 13, 2026 ; or

❑ I returned the summons unexecuted because _____ ; or

❑ Other *(specify):*


My fees are $    0.00    for travel and $    0.00    for services, for a total of $    0.00    .

I declare under penalty of perjury that this information is true.

Date:    05/20/2026

_____
Server's signature

Colin G. Meeker (OH# 0092980)
Printed name and title

495 Portage Lakes Drive
Akron, OH 44319
Server's address

Additional information regarding attempted service, etc:
I delivered the documents, SUMMONS IN A CIVIL ACTION; FIRST AMENDED CLASS ACTION FOR INJUNCTIVE RELIEF AND DAMAGES, to U-B Corporation, statutory agent of Ravenna Plaza, LLC, as identified by the Ohio Secretary of State. I completed service at the Skylight Office Tower, 1660 W. 2nd St., Ste 1100, Cleveland, OH 44113-1448. Lorletha Pritchett, a black female receptionist, indicated that she could accept service and did accept service on behalf of U-B Corporation on May 13, 2026, at 11:49 AM.