AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:25-cv-2008-DCN

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   West Valley Plaza East, LLC

was received by me on *(date)*          05/07/2026          .

☐ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)*   1600 CNB Corp., Registered Agent          , who is

designated by law to accept service of process on behalf of *(name of organization)*

West Valley Plaza East, LLC          on *(date)*   05/13/2026   ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $      0.00      for travel and $      0.00      for services, for a total of $      0.00      .

I declare under penalty of perjury that this information is true.

Date:      05/20/2026

_____
*Server's signature*

Colin G. Meeker (OH# 0092980)
_____
*Printed name and title*

495 Portage Lakes Drive
Akron, OH 44319
_____
*Server's address*

Additional information regarding attempted service, etc:
I delivered the documents, SUMMONS IN A CIVIL ACTION; FIRST AMENDED CLASS ACTION FOR INJUNCTIVE RELIEF AND DAMAGES, to 1600 CNB Corp, statutory agent of West Valley Plaza East, LLC, as identified by the Ohio Secretary of State. I completed service at 1375 E 9th St Fl 29, Cleveland, OH 44114. Jillian Smith, a white female receptionist, indicated that she could accept service and did accept service on behalf of 1600 CNB Corp. on May 13, 2026, at around 12:00 PM.



**ALLY M. JONES | Chief Operating Officer**

**Direct:** 216.736.7233 | **Mobile :** 216.513.3313 | **amm@kjk.com**

To whom it may concern:

You have informed us you are serving an entity through 1600 CNB as the agent for service of process. By accepting this document, we are in no way acknowledging that this attempt at service is proper or that the entity or individual you are seeking to serve may be served through 1600 CNB.

Regards,

Kohrman Jackson & Krantz LLP

---

**CLEVELAND OFFICE**
1375 East Ninth Street
One Cleveland Center  +  29th Floor
Cleveland OH 44114

**COLUMBUS OFFICE**
10 West Broad Street
One Columbus Center  +  Suite 1900
Columbus OH 43125

KJK.com
A LAW FIRM
**BUILT FOR BUSINESS**