AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:25-cv-2008-DCN

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   Boyas-Broadview, LTD

was received by me on *(date)*          05/07/2026          .

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☑ I returned the summons unexecuted because   unable to locate statutory agent at address   ; or

☐ Other *(specify):*


My fees are $       0.00       for travel and $       0.00       for services, for a total of $       0.00       .


I declare under penalty of perjury that this information is true.

Date:    05/20/2026

_____
*Server's signature*

Colin G. Meeker (OH# 0092980)
*Printed name and title*

495 Portage Lakes Drive
Akron, OH 44319

_____
*Server's address*

Additional information regarding attempted service, etc:
On May 13, 2026, I attempted to deliver the documents, SUMMONS IN A CIVIL ACTION; FIRST AMENDED CLASS ACTION FOR INJUNCTIVE RELIEF AND DAMAGES, to Lea Boyas Morabito, statutory agent of Boyas-Broadview, LTD, as identified by the Ohio Secretary of State. Upon attempting service at 10055 Sweet Valley Drive, Valley View, OH 44125, I came to learn that the company no longer has an office at the address; no forwarding address was know.

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:25-cv-2008-DCN

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   Boyas-Broadview, LTD

was received by me on *(date)*          05/07/2026          .

☐ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*

_____ on *(date)* _____ ; or

☑ I returned the summons unexecuted because   unable to locate statutory agent at address   ; or

☐ Other *(specify):*

My fees are $     0.00     for travel and $     0.00     for services, for a total of $     0.00     .

I declare under penalty of perjury that this information is true.

Date:     05/20/2026

_____
*Server's signature*

Colin G. Meeker (OH# 0092980)
*Printed name and title*

495 Portage Lakes Drive
Akron, OH 44319

_____
*Server's address*

Additional information regarding attempted service, etc:
On May 20, 2026, I attempted to deliver the documents, SUMMONS IN A CIVIL ACTION; FIRST AMENDED CLASS ACTION FOR INJUNCTIVE RELIEF AND DAMAGES, to Lea Boyas Morabito, statutory agent of Boyas-Broadview, LTD, as identified by the Ohio Secretary of State. I attempted service at 7353 Dunham Rd., Bedford, OH 44146, however there were "No Trespassing" signs posted on the private property, which prevented me from attempting to complete service.

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:25-cv-2008-DCN

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*　Boyas-Broadview, LTD

was received by me on *(date)*　　05/07/2026　　.

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☑ I returned the summons unexecuted because　unable to locate statutory agent at address　　; or

☐ Other *(specify):*


My fees are $ ____0.00____ for travel and $ ____0.00____ for services, for a total of $ ____0.00____ .

I declare under penalty of perjury that this information is true.

Date: ____05/20/2026____

_____
Server's signature

Colin G. Meeker (OH# 0092980)
_____
Printed name and title

495 Portage Lakes Drive
Akron, OH 44319
_____
Server's address

Additional information regarding attempted service, etc:
On May 20, 2026, I attempted to deliver the documents, SUMMONS IN A CIVIL ACTION; FIRST AMENDED CLASS ACTION FOR INJUNCTIVE RELIEF AND DAMAGES, to Lea Boyas Morabito, statutory agent of Boyas-Broadview, LTD, as identified by the Ohio Secretary of State. I attempted service at 3690 Orange Place, Suite 111, Beachwood, OH 44122, however the office is no longer occupied by the Defednant; the address was previously used by the Defendant as its headquarters.