AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:25-cv-2008-DCN

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   Wolis, Inc.

was received by me on *(date)*          05/07/2026          .

☐ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*

_____ on *(date)* _____ ; or

☑ I returned the summons unexecuted because   unable to locate statutory agent at address          ; or

☐ Other *(specify):*


My fees are $      0.00      for travel and $      0.00      for services, for a total of $      0.00      .

I declare under penalty of perjury that this information is true.

Date:      05/20/2026

_____
Server's signature

Colin G. Meeker (OH# 0092980)
*Printed name and title*

495 Portage Lakes Drive
Akron, OH 44319

_____
*Server's address*

Additional information regarding attempted service, etc:
On May 20, 2026, I attempted to deliver the documents, SUMMONS IN A CIVIL ACTION; FIRST AMENDED CLASS ACTION FOR INJUNCTIVE RELIEF AND DAMAGES, to Eugene M. Faigus, statutory agent of Wolis, Inc., as identified by the Ohio Secretary of State. I attempted service at 23200 Chagrin Blvd, Beachwood, OH 44122, however the address does not exist; no forwarding address could be located for Wolis, Inc.