AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:25-cv-2008-DCN

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   Midtown Parma Acquisition, LLC

was received by me on *(date)*   05/07/2026   .

☐ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)*   Frank A. Licata   , who is

designated by law to accept service of process on behalf of *(name of organization)*

Midtown Parma Acquisition, LLC   on *(date)*   05/20/2026   ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $   0.00   for travel and $   0.00   for services, for a total of $   0.00   .


I declare under penalty of perjury that this information is true.


Date:   05/20/2026   _____
                                *Server's signature*

                                Colin G. Meeker (OH# 0092980)
                                _____
                                *Printed name and title*

                                495 Portage Lakes Drive
                                Akron, OH 44319

                                _____
                                *Server's address*

Additional information regarding attempted service, etc:
I delivered the documents, SUMMONS IN A CIVIL ACTION; FIRST AMENDED CLASS ACTION FOR INJUNCTIVE RELIEF AND DAMAGES, to Frank A. Licata, care of Kelly Warren, a white female, who identified herself as someone who could accept service on behalf of Mr. Licata. The individual accepted service on Mr. Licata's behalf with direct delivery. Service was perfected on May 20, 2026, at 11:05 AM.