# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | |
|---|---|
| **SPENCER NEAL, et al**. | CASE NO. 1:25-CV-2008 DCN |
| Plaintiffs, | |
| v. | JUDGE DONALD T. NUGENT |
| **MARC GLASSMAN, INC.**, **et al.** | |
| Defendants. | **DEFENDANT BERLIN COMMONS, LTD. NOTICE OF APPEARANCE** |

Attorneys Thomas W. Winkhart, Kelsey M. Sullivan, and Kelsey Kochman Davis of Winkhart Law Group, LLC, hereby enter their respective appearances as counsel for Defendant, Berlin Commons, Ltd.

Respectfully submitted,

 /s/ Kelsey M. Sullivan, Esq.
Thomas W. Winkhart, Esq. (0041888)
Kelsey M. Sullivan, Esq. (0098727)
Kelsey C. Kochman Davis, Esq. (0101202)
WINKHART LAW GROUP, LLC
825 S. Main Street
North Canton, Ohio 44720
Phone: (330) 433-6700
Email: twinkhart@winkhartlaw.com
Email: kkochmandavis@winkhartlaw.com

*Counsel for Defendant, Berlin Commons, Ltd.*

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that on May 21, 2026, a copy of the foregoing *Defendant Berlin Commons, Ltd. Notice of Appearance* was filed electronically with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all parties.


*/s/ Kelsey M. Sullivan, Esq.*

*Counsel for Defendant, Berlin Commons, Ltd.*

4927-1299-7805, v. 2