# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

**SPENCER NEAL, et al**.

      Plaintiffs,

v.

**MARC GLASSMAN, INC.**, **et al.**

      Defendants.

CASE NO. 1:25-CV-2008 DCN

JUDGE DONALD T. NUGENT

**DEFENDANT BERLIN COMMONS, LTD.,  MOTION FOR LEAVE TO PLEAD**

Now comes Defendant, Berlin Commons, Ltd. ("Berlin"), by and through the undersigned counsel and respectfully requests this Court for a twenty-one (21) day extension of time to answer, plead, or otherwise respond to Plaintiffs' First Amended Complaint ("Amended Complaint") pursuant to Fed. Civ. R. 6(b)(1).

Berlin's answer or otherwise responsive pleading to the Amended Complaint is currently due on May 28, 2026, and that deadline has not yet expired. Counsel was only recently retained and therefore requests additional time to properly analyze and respond to the allegations raised in Plaintiff's Amended Complaint. This Motion is made in good faith and is not for purposes of unnecessary delay.

Accordingly, Berlin respectfully requests that this Court grant a twenty-one (21) day extension, up to and including June 18, 2026, for Berlin to answer, plead, or otherwise respond to the Amended Complaint.

4927-1299-7805, v. 2

Respectfully submitted,


 */s/ Kelsey M. Sullivan, Esq.*
Thomas W. Winkhart, Esq. (0041888)
Kelsey M. Sullivan, Esq. (0098727)
Kelsey C. Kochman Davis, Esq. (0101202)
WINKHART LAW GROUP, LLC
825 S. Main Street
North Canton, Ohio 44720
Phone: (330) 433-6700
Email: twinkhart@winkhartlaw.com
Email: kkochmandavis@winkhartlaw.com

*Counsel for Defendant, Berlin Commons, Ltd.*

4927-1299-7805, v. 2

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that on May 21, 2026, a copy of the foregoing *Defendant Berlin Commons, Ltd. Motion for Leave to Plead* was filed electronically with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all parties.

*/s/ Kelsey M. Sullivan, Esq.*

*Counsel for Defendant, Berlin Commons, Ltd.*

4927-1299-7805, v. 2