DENIED: _____

GRANTED: X

IT IS SO ORDERED.

_[signature] Donald Nugent 5/22/26_

U.S. DISTRICT JUDGE

## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

**SPENCER NEAL, et al.**

    Plaintiffs,

v.

**MARC GLASSMAN, INC., et al.**

    Defendants.

CASE NO. 1:25-CV-2008 DCN

JUDGE DONALD T. NUGENT

**DEFENDANT BERLIN COMMONS, LTD., MOTION FOR LEAVE TO PLEAD**

Now comes Defendant, Berlin Commons, Ltd. ("Berlin"), by and through the undersigned counsel and respectfully requests this Court for a twenty-one (21) day extension of time to answer, plead, or otherwise respond to Plaintiffs' First Amended Complaint ("Amended Complaint") pursuant to Fed. Civ. R. 6(b)(1).

Berlin's answer or otherwise responsive pleading to the Amended Complaint is currently due on May 28, 2026, and that deadline has not yet expired. Counsel was only recently retained and therefore requests additional time to properly analyze and respond to the allegations raised in Plaintiff's Amended Complaint. This Motion is made in good faith and is not for purposes of unnecessary delay.

Accordingly, Berlin respectfully requests that this Court grant a twenty-one (21) day extension, up to and including June 18, 2026, for Berlin to answer, plead, or otherwise respond to the Amended Complaint.

4927-1299-7805, v. 2