**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

SPENCER NEAL et al.,                )

                                    )   **Case No. 1:25-cv-02008-dcn**

             Plaintiff,     )

                                    )   JUDGE DONALD C. NUGENT

       v.                     )

                                    )

MARC GLASSMAN, INC. et al.,     )

                                    )

            Defendant.    )

## CONSENT MOTION FOR EXTENSION OF TIME

Defendant RCG-Brooklyn VIII, LLC ("Defendant") respectfully moves the Court to extend its deadline to respond to Plaintiffs' First Amended Complaint by twenty-one (21) days. The current deadline is June 1, 2026. Defendant's counsel has conferred with Plaintiffs' counsel, who has consented to this extension. This request is not made for purposes of delay but so that the Defendant's counsel may investigate and fully respond to the allegations in the First Amended Complaint.

Therefore, Defendant respectfully requests this Court to extend its deadline for Defendant to file its responsive pleading to Plaintiff's Complaint by twenty-one (21) days, up to and including June 22, 2026.

Dated: May 22, 2026                              Respectfully submitted,

                                              */s/ Branden P. Moore*
                                              Branden P. Moore (0092716)
                                              McGuireWoods LLP
                                              260 Forbes Avenue, Suite 1800
                                              Pittsburgh, Pennsylvania 15222
                                              (412) 667-6000
                                              (412) 667-6050 (Fax)
                                              bmoore@mcguirewoods.com

*Counsel for Defendant RCG-Brooklyn VIII, LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 22nd day of May, 2026, a copy of the foregoing was electronically filed with the Court's electronic filing system, which will provide notice of the same to all parties indicated on the electronic filing receipt.


*/s/ Branden P. Moore*
Branden P. Moore
MCGUIREWOODS LLP

*Counsel for RCG-Brooklyn VIII, LLC*