**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **SPENCER NEAL, *et al.*,** | ) | **CASE NO. 1:25-CV-2008-DCN** |
| | ) | |
| **Plaintiffs,** | ) | **JUDGE DONALD C. NUGENT** |
| | ) | |
| **vs.** | ) | |
| | ) | |
| **MARC GLASSMAN, INC., *et al.*,** | ) | **PLAINTIFFS' MOTION FOR** |
| | ) | **SUBSTITUTION** |
| **Defendants.** | ) | |
| | ) | |

NOW COME Plaintiffs Spencer Neal, Vivian Oeffner, and Richard Wagner, by and through counsel, and respectfully make a Rule 17 request for substitution of real party in interest, and state as follows:

**I. Factual Background**

This action arises from the denial of access by multiple Marc's Stores, as well as the shopping plazas they occupy, in violation of the Americans with Disability Act of 1990, 42 U.S.C. 12181, *et seq,* and Ohio law. While preparing Plaintiffs' First Amended Complaint, Plaintiffs' counsel had identified Lorain County Port Authority, care of Jim Miller, Director, as the entity who owns the shopping plaza which houses Marc's Midway, located at 435 Midway Blvd., Elyria, OH 44035. As such, Plaintiffs included Lorain County Port Authority as a defendant in their First Amended Complaint.

On May 13, 2026, Plaintiffs' counsel was contacted by Attorney Robert D. Anderle on behalf of Lorain County Port Authority. Attorney Anderle indicated that Lorain County Port Authority was not the owner of the property which houses Marc's Midway. Plaintiffs' counsel then set out to verify the accuracy of counsel's statement. Upon further review, the property which houses Marc's Midway is owned by Cobblestone Square Company LTD.  Therefore, as it

concerns Marc's Midway, Cobblestone Square Company LTD is the correct party in interest in case number 1:25-cv-02008-DCN, not Lorain County Port Authority.

## II. Substitution of Real Party in Interest

Civ. R. 17(a) states "Every action shall be prosecuted in the name of the real party in interest." It goes on to state that "No action shall be dismissed on the ground that it is not prosecuted in the name of the real party in interest until a reasonable time has been allowed after objection for ratification of commencement of the action by, or joinder or substitution of, the real party in interest; . . ." As shown by the above, Cobblestone Square Company LTD is the correct owner of the public accommodation, Marc's Midway. Therefore, Cobblestone Square Company LTD is a correct party in interest in case number this case. Substituting Lorain County Port Authority for Cobblestone Square Company LTD will not disrupt nor delay the litigation; as an amended complaint was filed May 1, 2026 which added many new defendants, this case is in its infancy, some discovery has taken place and answers to the amended complaint are not yet due; attempts at service of new defendants is still ongoing. Pursuant to Fed. R. 17(a), the real party in interest as property-owner defendant of Marc's Midway in this suit is Cobblestone Square Company LTD. Plaintiffs respectfully request this Court to enter an Order substituting Cobblestone Square Company LTD in the caption and all further proceedings and dismissing Lorain County Port Authority from this case, without prejudice.

To date, no contact has been made with Cobblestone Square Company LTD, its agent, or its counsel. Attorney Anderle, counsel for Lorain County Port Authority, has assented to filing Plaintiffs' Notice of Voluntary Dismissal pursuant to F.R.C.P. 41(a)(1)(A)(i) contemporaneously with this motion.

### III. Conclusion

For the reasons stated above, Plaintiffs respectfully request that this Court enter an Order substituting Cobblestone Square Company LTD for Lorain County Port Authority as Defendant.

Respectfully submitted,

BLAKEMORE, MEEKER & BOWLER CO., L.P.A.

/s/ *Colin G. Meeker*
COLIN G. MEEKER (#0092980)
495 Portage Lakes Dr.
Akron, OH 44319
O: (330) 253-3337
F: (330) 253-4131
C: (330) 603-7173
cgm@bmblaw.com

Attorney for Plaintiffs

### CERTIFICATE OF SERVICE

I certify that on the 26th day of May, 2026, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system and that said document was served upon all interested parties.

/s/ *George W. Cochran*
GEORGE W. COCHRAN (#0031691)