UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| Spencer Neal, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) Civil Action No.: 1:25-cv-2008-DC | |
| | ) | |
| v. | ) | |
| | ) **PLAINTIFFS' NOTICE OF VOLUNTARY** | |
| | ) **DISMISSAL PURSUANT TO F.R.C.P.** | |
| Marc Glassman, Inc., *et al*, | ) **41(a)(1)(A)(i)** | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiffs Spencer Neal and Vivian Oeffner (and/or their counsel), hereby give notice that the above-captioned action is voluntarily dismissed, without prejudice against Defendant the Lorain County Port Authority.

Respectfully submitted,

*/s/ George W. Cochran*
George W. Cochran (0031691)
Law Office of George W. Cochran
1981 Crossfield Circle
Kent, Ohio  44240
PH: 330-607-2187
FX: 330-230-6136
lawchrist@gmail.com
*Co-Lead Counsel for Plaintiffs and the Putative Class*

1

2

## Certificate of Service

The undersigned hereby certifies that the foregoing Notice of Voluntary Dismissal was electronically filed the foregoing document with the Clerk of Court using the CM/ECF system and upon Robert D. Anderle, counsel to Defendant the Lorain County Port Authority, by electronic mail at *rdanderle@sseg-law.com* on May 26, 2026.

Respectfully submitted,

*/s/ George W. Cochran*
George W. Cochran (0031691)