**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**

Spencer Neal, et al.

CIVIL CASE NO.  1:25-cv-2008-DC

vs.

JUDGE  DONALD C. NUGENT

Marc Glassman, Inc., et al.

<u>PRAECIPE FOR ISSUANCE</u>

☒        ORIGINAL SUMMONS

☐        ALIAS SUMMONS

☐        THIRD PARTY SUMMONS

☐        CERTIFICATE OF JUDGMENT LIEN UPON LANDS AND TENEMENTS §2329.02 ORC

☐        CERTIFICATE OF JUDGMENT FOR REGISTRATION IN ANOTHER DISTRICT

☐        WRIT OF EXECUTION

☐        OTHER (Please Specify)    _____

Document to be issued should be uploaded as an attachment to the Praecipe.

If service of summons will be done by certified or ordinary mail, see Local Rule  4.2.

Date:  May 26, 2026                    By:  Colin G. Meeker

Attorney for  Plaintiffs

revised 02/2009

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of Ohio

| | | |
|---|---|---|
| Spencer Neal, et al. | ) | |
| | ) | |
| | ) | |
| | ) | |
| _Plaintiff(s)_ | ) | |
| v. | ) | Civil Action No.  1:25 CV 2008 DCN |
| | ) | |
| Marc Glassman, Inc., et al. | ) | |
| | ) | |
| | ) | |
| | ) | |
| _Defendant(s)_ | ) | |

**SUMMONS IN A CIVIL ACTION**

To: _(Defendant's name and address)_  Cobblestone Square Company LTD
c/o George J Papandreas
27500 Detroit Rd, 3rd Floor
Westlak, OH 44145

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Colin G. Meeker, Esq.
Blakemore, Meeker and Bowler
495 Portage Lakes Drive
Akron, OH 44319
cgm@bmblaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

_CHRISTIAN M. CAPECE, CLERK OF COURT_

Date: _____                    _____
_Signature of Clerk or Deputy Clerk_