UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| Spencer Neal, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | Civil Action No.: 1:25-cv-2008-DC |
| | ) | |
| v. | ) | |
| | ) | **PLAINTIFFS' NOTICE OF VOLUNTARY** |
| Marc Glassman, Inc., *et al*, | ) | **DISMISSAL PURSUANT TO F.R.C.P.** |
| | ) | **41(a)(1)(A)(i)** |
| | ) | |
| Defendants. | ) | |
| | ) | |

5/27/26
Motion Granted
[signature] U.S. [illegible]

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiffs

Spencer Neal and Vivian Oeffner (and/or their counsel), hereby give notice that the above-

captioned action is voluntarily dismissed, without prejudice against Defendant the Lorain County

Port Authority.

Respectfully submitted,

*/s/ George W. Cochran*
George W. Cochran (0031691)
Law Office of George W. Cochran
1981 Crossfield Circle
Kent, Ohio  44240
PH: 330-607-2187
FX: 330-230-6136
lawchrist@gmail.com
*Co-Lead Counsel for Plaintiffs and the Putative Class*

1