# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | | |
|---|---|---|
| SPENCER NEAL, et al., | ) | CASE NO. 1:25-cv-02008 |
| | ) | |
| Plaintiffs, | ) | JUDGE DONALD C. NUGENT |
| | ) | |
| -v- | ) | |
| | ) | |
| MARC GLASSMAN, INC., et al., | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF APPEARANCE OF COUNSEL

Please take notice that Tiffany L. Carwile, Jonathon W. Groza and Thomas J. Hunt of the law firm of Kohrman Jackson & Krantz LLP enter their appearance as counsel for Defendant West Valley Plaza East, LLC. Additionally, they respectfully request that all future pleadings, motions, notices, correspondence, and all other materials be served upon them at the address below:

**Tiffany L. Carwile (0082522)**
**Kohrman Jackson & Krantz LLP**
**10 West Broad Street, Suite 2500**
**Columbus, Ohio 43215**
**Phone:  (614) 427-5731**
**Fax. (216) 916-4262**
**Email: tlc@kjk.com**

**AND**

4897-6258-7056, v. 1

**JONATHON W. GROZA (0083985)**
**THOMAS J. HUNT (0103902)**
**One Cleveland Center, 29th Floor**
**1375 East Ninth Street**
**Cleveland, Ohio 44114-1793**
**Phone: (216) 696-8700**
**Fax: (216) 621-6536**
**Email: jwg@kjk.com; tjh@kjk.com**

Respectfully submitted,

**KOHRMAN JACKSON & KRANTZ LLP**

/s/ Tiffany L. Carwile
TIFFANY L. CARWILE (0082522)
KOHRMAN JACKSON & KRANTZ LLP
10 West Broad Street, Suite 2500
Columbus, Ohio 43215
Phone:  (614) 427-5731
Fx. (216) 916-4262
E-mail: tlc@kjk.com

-and-

JONATHON W. GROZA (0083985)
THOMAS J. HUNT (0103902)
One Cleveland Center, 29th Floor
1375 East Ninth Street
Cleveland, Ohio 44114-1793
Phone: (216) 696-8700
Fax: (216) 621-6536
Email: jwg@kjk.com; tjh@kjk.com

*Counsel for Defendant West Valley Plaza East, LLC*

4897-6258-7056, v. 1

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing *Notice of Appearance* was submitted for filing via the Court's electronic filing system on May 27, 2026, which will serve all parties of record with a copy of the foregoing.

*/s/ Tiffany L. Carwile*
TIFFANY L. CARWILE (0082522)

*Counsel for Defendant West Valley Plaza East, LLC*

4897-6258-7056, v. 1