**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | | |
|---|---|---|
| SPENCER NEAL, et al., | ) | CASE NO. 1:25-cv-02008 |
| | ) | |
| Plaintiffs, | ) | JUDGE DONALD C. NUGENT |
| | ) | |
| -v- | ) | |
| | ) | |
| MARC GLASSMAN, INC., et al., | ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANT WEST VALLEY PLAZA EAST, LLC'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' FIRST AMENDED COMPLAINT**

Pursuant to Fed. R. Civ. P. 6(b), Defendant West Valley Plaza East, LLC ("*WVPE*") respectfully moves this Court for a twenty-one (21) day extension of time, up to and including, **June 26**, **2026** to answer or otherwise respond to Plaintiffs' First Amended Complaint (the "*Complaint*"). This is WVPE's first request for an extension of time and WVPE makes this request in good faith and not for purposes of delay. WVPE has conferred with Plaintiffs' counsel, who has consented to this extension.

Accordingly, WVPE respectfully requests this Court to extend its deadline to file its responsive pleading to the Complaint by twenty-one days, up to and including **June 26, 2026**.

4914-9352-3632, v. 1

Respectfully submitted,

**KOHRMAN JACKSON & KRANTZ LLP**

*/s/ Tiffany L. Carwile*
TIFFANY L. CARWILE (0082522)
KOHRMAN JACKSON & KRANTZ LLP
10 West Broad Street, Suite 2500
Columbus, Ohio 43215
Phone:  (614) 427-5731
Fx. (216) 916-4262
E-mail: tlc@kjk.com

-and-

JONATHON W. GROZA (0083985)
THOMAS J. HUNT (0103902)
One Cleveland Center, 29th Floor
1375 East Ninth Street
Cleveland, Ohio 44114-1793
Phone: (216) 696-8700
Fax: (216) 621-6536
Email: tlc@kjk.com; jwg@kjk.com; tjh@kjk.com

*Counsel for Defendant West Valley Plaza East, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing *Unopposed Motion for Extension of Time to Respond to Plaintiffs' First Amended Complaint* was submitted for filing via the Court's electronic filing system on May 27, 2026, which will serve all parties of record with a copy of the foregoing.

*/s/ Tiffany L. Carwile*
TIFFANY L. CARWILE (0082522)
*Counsel for Defendant West Valley Plaza East, LLC*

4914-9352-3632, v. 1