UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| Spencer Neal, *et al.*, | | ) |
| | | ) |
| | Plaintiffs, | ) Civil Action No.: 1:25-cv-2008-DC |
| | | ) |
| v. | | ) |
| | | ) **PLAINTIFFS' *AMENDED* NOTICE OF** |
| Marc Glassman, Inc., *et al*, | | ) **VOLUNTARY DISMISSAL PURSUANT** |
| | | ) **TO F.R.C.P. 41(a)(1)(A)(i)** |
| | | ) |
| | Defendants. | ) |
| | | ) |

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiffs

Spencer Neal, Vivian Oeffner and Richard Wagner (and/or their counsel), hereby give notice that

the above-captioned action is voluntarily dismissed, without prejudice against Defendant the

Lorain County Port Authority.

Respectfully submitted,

*/s/ George W. Cochran*
George W. Cochran (0031691)
Law Office of George W. Cochran
1981 Crossfield Circle
Kent, Ohio  44240
PH: 330-607-2187
FX: 330-230-6136
lawchrist@gmail.com
*Co-Lead Counsel for Plaintiffs and the Putative Class*

1

2

## Certificate of Service

The undersigned hereby certifies that the foregoing *Amended* Notice of Voluntary Dismissal was electronically filed with the Clerk of Court using the CM/ECF system and upon Robert D. Anderle, counsel to Defendant the Lorain County Port Authority, by electronic mail at *rdanderle@sseg-law.com* on May 27, 2026.

Respectfully submitted,

*/s/ George W. Cochran*
George W. Cochran (0031691)

2