**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| SPENCER NEAL, et al., | ) | |
| | ) | **Case No. 1:25 CV 2008 DCN** |
| Plaintiff, | ) | |
| | ) | JUDGE DONALD C. NUGENT |
| vs. | ) | |
| | ) | |
| MARC GLASSMAN, INC., et al. | ) | |
| | ) | |
| Defendants. | ) | |

---

**NOTICE OF APPEARANCE OF COUNSEL FOR DEFENDANT**
**RAVENNA PLAZA, LLC**

---

Please take notice that Robin M. Wilson of the law firm of UB Greensfelder LLP enters her appearance as counsel for Defendant Ravenna Plaza, LLC. Additionally, she respectfully requests that all future pleadings, motions, notices, correspondence, and all other materials be served upon her at the address below

Respectfully submitted,

/s/ Robin M. Wilson
Robin M. Wilson (0066604)
UB GREENSFELDER LLP
1660 West 2nd Street, Suite 1100
Cleveland, Ohio 44113-1448
(216) 583-7000
(216) 583-7001 (Fax)
rwilson@ubglaw.com

*Counsel for Defendant*
*Ravenna Plaza, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that, on May 29, 2026, a copy of the foregoing was filed electronically with the United States District Court. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*/s/ Robin M. Wilson*
Robin M. Wilson
UB GREENSFELDER LLP

*Counsel for Defendant*
*Ravenna Plaza, LLC*