**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

SPENCER NEAL, et al.,           )

                    )  **Case No. 1:25 CV 2008 DCN**

        Plaintiff,        )

                    )  JUDGE DONALD C. NUGENT

        vs.              )

                    )

MARC GLASSMAN, INC., et al.    )

                    )

        Defendants.    )

## CONSENT MOTION FOR EXTENSION OF TIME

Defendant Ravenna Plaza, LLC ("Defendant") respectfully moves the Court to extend its deadline to respond to Plaintiffs' First Amended Complaint by twenty-one (21) days, up to and including June 24, 2026. The current deadline is June 3, 2026. Defendant's counsel has conferred with Plaintiffs' counsel, who has consented to this extension. This request is not made for purposes of delay but so that the Defendant's counsel may investigate and fully respond to the allegations in the First Amended Complaint.

Therefore, Defendant respectfully requests this Court to extend its deadline for Defendant to file its responsive pleading to Plaintiff's Complaint by twenty-one (21) days, up to and including June 24, 2026.

A proposed Order is submitted concurrently with this filing.

Respectfully submitted,

/s/ Robin M. Wilson

Robin M. Wilson (0066604)
UB GREENSFELDER LLP
1660 West 2nd Street, Suite 1100
Cleveland, Ohio 44113-1448
(216) 583-7000
(216) 583-7001 (Fax)
rwilson@ubglaw.com

*Counsel for Defendant*
*Ravenna Plaza, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that, on May 29, 2026, a copy of the foregoing was filed electronically with the United States District Court. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Robin M. Wilson
Robin M. Wilson
UB GREENSFELDER LLP

*Counsel for Defendant*
*Ravenna Plaza, LLC*