IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

SPENCER NEAL, et al.,       )     CASE NO. 1:25-cv-02008

          Plaintiffs,       )     JUDGE DONALD C. NUGENT

-v-       )

MARC GLASSMAN, INC., et al.,       )

          Defendants.       )

DENIED: _____

GRANTED: X IT IS SO ORDERED.

[signature] U.S. DISTRICT JUDGE

---

**DEFENDANT WEST VALLEY PLAZA EAST, LLC'S UNOPPOSED MOTION FOR
EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' FIRST AMENDED
COMPLAINT**

---

Pursuant to Fed. R. Civ. P. 6(b), Defendant West Valley Plaza East, LLC ("*WVPE*") respectfully moves this Court for a twenty-one (21) day extension of time, up to and including, **June 26, 2026** to answer or otherwise respond to Plaintiffs' First Amended Complaint (the "*Complaint*"). This is WVPE's first request for an extension of time and WVPE makes this request in good faith and not for purposes of delay. WVPE has conferred with Plaintiffs' counsel, who has consented to this extension.

Accordingly, WVPE respectfully requests this Court to extend its deadline to file its responsive pleading to the Complaint by twenty-one days, up to and including **June 26, 2026**.

4914-9352-3632, v. 1