**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

SPENCER NEAL, et al.,                )
                                     )
            Plaintiff,                )   **Case No. 1:25 CV 2008 DCN**
                                     )
                                     )   JUDGE DONALD C. NUGENT
     vs.                              )
                                     )
MARC GLASSMAN, INC., et al.           )
                                     )
            Defendants.               )

DENIED: _____

GRANTED: X
IT IS SO ORDERED.

[signature]
U.S. DISTRICT JUDGE
6/1/26

**CONSENT MOTION FOR EXTENSION OF TIME**

Defendant Ravenna Plaza, LLC ("Defendant") respectfully moves the Court to extend its deadline to respond to Plaintiffs' First Amended Complaint by twenty-one (21) days, up to and including June 24, 2026. The current deadline is June 3, 2026. Defendant's counsel has conferred with Plaintiffs' counsel, who has consented to this extension. This request is not made for purposes of delay but so that the Defendant's counsel may investigate and fully respond to the allegations in the First Amended Complaint.

Therefore, Defendant respectfully requests this Court to extend its deadline for Defendant to file its responsive pleading to Plaintiff's Complaint by twenty-one (21) days, up to and including June 24, 2026.

A proposed Order is submitted concurrently with this filing.