AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  **1:25 cv 2008 DCN**

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (I))*

This summons for  **Select Westerville Plaza, LLC**
was received by me on  **5/26/2026:**

☐  I personally served the **SUMMONS; FIRST AMENDED COMPLAINT; EXHIBITS** on the individual at *(place)*  on *(date)* ; or

☐  I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

☒  I served the summons on **Michael Paolucci**, who is designated by law to accept service of process on behalf of **Select Westerville Plaza, LLC** at **7112 Ravens Run, Cincinnati, OH 45244** on **05/29/2026 at 8:30 AM**; or

☐  I returned the summons unexecuted because ; or

☐  Other *(specify)*

My fees are $ 0 for travel and **$ 98.00** for services, for a total of **$ 98.00**.

I declare under penalty of perjury that this information is true.

Date:  05/29/2026

_____
*Server's signature*

**Cherica Bryant**
*Printed name and title*

**4251 Ilium Avenue
3213
Cincinnati, OH 45245**
_____
*Server's address*

Additional information regarding attempted service, etc:

**I delivered the documents, SUMMONS; FIRST AMENDED COMPLAINT; EXHIBITS,  to Michael Paolucci, REGISTERED AGENT with identity confirmed by subject saying yes when named. The individual accepted service with direct delivery. The individual appeared to be a black-haired white male contact 55-65 years of age, 5'8"-5'10" tall and weighing 240-300 lbs with glasses.**





Tracking #: **0225486993**