Bercksville.Ext.6.1.26

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | | |
|---|---|---|
| SPENCER NEAL, et al., | ) | CASE NO. 1:25 – CV – 02008 – DCN |
| | ) | |
| | ) | |
| Plaintiff, | ) | JUDGE DONALD C. NUGENT |
| | ) | |
| v. | ) | |
| | ) | |
| MARC GLASSMAN, INC., et al., | ) | |
| | ) | **MOTION FOR ENLARGEMENT OF** |
| | ) | **TIME** |
| Defendant. | ) | |

By and through counsel Defendant Brecksville Shopping Center requests until June 30, 2026 within which to respond or otherwise plead.  The current deadline for this defendant's response is June 4, 2026.  No prior enlargement of the time within which to respond has been requested or granted.   This leave is not interposed for the purpose of delay.

Plaintiff's counsel consents to the requested leave.

Therefore, Defendant Brecksville Shopping Center requests that this court enlarge the time within which defendant may file its responsive pleading to the First Amended Complaint up to and including June 30, 2026.

/s/Matthew Harris Lucas
Matthew Harris Lucas (0055365)
LUSTIG, EVANS & LUCAS CO., L.P.A.
526 Superior Avenue, E
320 Leader Building
Cleveland, Ohio 44114
(216) 241-5735
Fax: (216) 241-4037
Email: Matthew.Lucas@LELLAW.com
Attorneys for Defendant
Brecksville Shopping Center

CERTIFICATE OF SERVICE

This 2d day of June, 2026, a copy of the foregoing document was filed electronically with the court's electronic filing system, which will provide notice of the same to all parties indicated on the electronic filing receipt.

/s/Matthew Harris Lucas
Matthew Harris Lucas
Attorneys for Defendant
Brecksville Shopping Center

2