Bercksville.Ext.6.1.26

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| SPENCER NEAL, et al., | ) | CASE NO. 1:25 – CV – 02008 – DCN |
| | ) | |
| | ) | |
| Plaintiff, | ) | JUDGE DONALD C. NUGENT |
| | ) | |
| v. | ) | |
| | ) | |
| MARC GLASSMAN, INC., et al., | ) | |
| | ) | **MOTION FOR ENLARGEMENT OF** |
| | ) | **TIME** |
| Defendant. | ) | |

By and through counsel Defendant Brecksville Shopping Center requests until June 30, 2026 within which to respond or otherwise plead.  The current deadline for this defendant's response is June 4, 2026.  No prior enlargement of the time within which to respond has been requested or granted.   This leave is not interposed for the purpose of delay.

Plaintiff's counsel consents to the requested leave.

Therefore, Defendant Brecksville Shopping Center requests that this court enlarge the time within which defendant may file its responsive pleading to the First Amended Complaint up to and including June 30, 2026.

GRANTED: ___ DENIED: _X_
IT IS SO ORDERED.

_Donald C. Nugent_ 6/3/26
U.S. DISTRICT JUDGE

1