IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO,

SPENCER NEAL, *et al.*,                    )
                                           )    CASE NO. 1:25-CV-02008
                          Plaintiffs,      )
                                           )    JUDGE DONALD C. NUGENT
v.                                         )
                                           )
MARC GLASSMAN, INC., *et al.*              )
                                           )
                          Defendants.      )
                                           )

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' FIRST AMENDED COMPLAINT, FILED BY DEFENDANTS 4643 EVERHARD ROAD, LLC, AND PERRY TOWN CENTER, LLC**

Defendants 4643 Everhard Road, LLC and Perry Town Center, LLC ("Movants"), by and through their undersigned counsel, respectfully request a thirty (30) day extension of time, up to and including July 10, 2026, within which to answer, plead or otherwise respond to Plaintiffs' First Amended Complaint for Injunctive Relief and Damages, filed on May 1, 2026.

For cause, Movants' response(s) to the First Amended Complaint are presently due on June 11, 2026. Undersigned counsel need additional time to investigate the allegations in the First Amended Complaint and to prepare a response.

On June 3, 2026, counsel for Movants emailed Plaintiffs' counsel and asked for their position on Movants' request, and Plaintiffs' counsel has authorized the undersigned to represent to the Court that Plaintiffs do not oppose this request. This Motion is made in good faith and is not interposed for purposes of delay.

Wherefore, Movants respectfully request an extension of time until July 10, 2026, within which to answer, plead or otherwise respond to the First Amended Complaint.

1

Date: June 4, 2026

Respectfully submitted,

HENDERSON, COVINGTON, MESSENGER,
   NEWMAN & THOMAS CO., L.P.A.


/s/ J. Michael Thompson
RICHARD J. THOMAS (#0038784)
J. MICHAEL THOMPSON (#0077478)
6 Federal Plaza Central, Suite 1300
Youngstown, OH 44503
Phone: (330) 744-1148
Fax: (330) 744-3807
Email: rthomas@hendersoncovington.com
Email: mthompson@hendersoncovington.com
*Counsel for Defendants 4643 Everhard Road, LLC*
   *and Perry Town Center, LLC*


## CERTIFICATE OF SERVICE

I hereby certify that on June 4, 2026, a copy of the foregoing was filed electronically. Notice of this filing will be sent to all parties registered with the Court's electronic filing system, by operation of that system.  Parties may access this filing through the Court's electronic filing system.


/s/ J. Michael Thompson
*Counsel for Defendants 4643 Everhard Road, LLC*
   *and Perry Town Center, LLC*

2