IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO,

SPENCER NEAL, *et al.*,                    )
                                           )      CASE NO. 1:25-CV-02008
                        Plaintiffs,        )
                                           )      JUDGE DONALD C. NUGENT
v.                                         )
                                           )
MARC GLASSMAN, INC., *et al.*              )
                                           )
                        Defendants.        )
                                           )

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFFS'
FIRST AMENDED COMPLAINT, FILED BY DEFENDANTS 4643 EVERHARD ROAD,
LLC, AND PERRY TOWN CENTER, LLC**

Defendants 4643 Everhard Road, LLC and Perry Town Center, LLC ("Movants"), by and

through their undersigned counsel, respectfully request a thirty (30) day extension of time, up to

and including July 10, 2026, within which to answer, plead or otherwise respond to Plaintiffs' First

Amended Complaint for Injunctive Relief and Damages, filed on May 1, 2026.

For cause, Movants' response(s) to the First Amended Complaint are presently due on June

11, 2026.  Undersigned counsel need additional time to investigate the allegations in the First

Amended Complaint and to prepare a response.

On June 3, 2026, counsel for Movants emailed Plaintiffs' counsel and asked for their

position on Movants' request, and Plaintiffs' counsel has authorized the undersigned to represent

to the Court that Plaintiffs do not oppose this request.  This Motion is made in good faith and is

not interposed for purposes of delay.

Wherefore, Movants respectfully request an extension of time until July 10, 2026, within

which to answer, plead or otherwise respond to the First Amended Complaint.

1