IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO

SPENCER NEAL, et al.,                         )    CASE NO. 1:25-CV-02008
                                              )
                  Plaintiffs,                 )    JUDGE DONALD C. NUGENT
                                              )
                                              )
        v.                                    )
                                              )    **UNOPPOSED MOTION FOR LEAVE TO**
MARC GLASSMAN, INC. et al.,                   )    **RESPOND TO PLAINTIFFS' FIRST**
                                              )    **AMENDED COMPALINT**
                  Defendants.                 )
                                              )

Defendant, City Centre of Avon Retail, LLC, ("Avon Retail"), respectfully moves that the Court grant to Avon Retail leave up to and including July 23, 2026, within which to answer, plead or otherwise respond to Plaintiffs' First Amended Complaint for Injunctive Relief and Damages, ("Complaint").

Avon Retail did not receive a copy of the Complaint until on or about June 8, 2026. Avon Retail immediately referred this matter to its insurance provider to determine if an insurance defense will be provided. Avon Retail is yet awaiting such determination. Moreover, counsel needs additional time to investigate the allegations in the Complaint and to prepare a response.

On June 16, 2026, counsel for Avon Retail contacted Plaintiffs' counsel and asked for their position on Avon Retail's Motion. Plaintiffs' counsel authorized the undersigned to represent to the Court that Plaintiffs will not and do not oppose the Motion. This Motion is made in good faith and is not interposed for purposes of delay.

Wherefore, Avon Retail respectfully requests leave until and through July 23, 2026, within which to answer, plead or otherwise respond to the First Amended Complaint. A proposed Judgment Order is attached hereto.

1

GRANTED: ___  DENIED: X
IT IS SO ORDERED.
_Donald C. Nugent_ 6/24/24
U.S. DISTRICT JUDGE