# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| SPENCER NEAL, *et al.*, | ) | Case No. 1:25-CV-2008 |
| | ) | |
| *Plaintiffs*, | ) | Judge Donald C. Nugent |
| | ) | |
| v. | ) | |
| | ) | |
| MARC GLASSMAN INC., *et al.*, | ) | |
| | ) | |
| *Defendants*. | ) | |

## UNOPPOSED MOTION FOR EXTENSION OF TIME TO MOVE OR PLEAD

Defendant BWI Westwood, LLC ("Defendant") respectfully moves this Court for a 21-day extension of time to move or plead in response to the Complaint filed by Plaintiffs Spencer Neal, Vivian Oeffner, and Richard Wagner ("Plaintiffs") (together, the "Parties"). This is Defendant's first request for an extension, and Plaintiffs do not oppose the requested extension. Good cause exists for this extension to allow Defendant adequate time to evaluate Plaintiff's allegations and prepare its response while the Parties consider the possibility of an early Resolution.  Accordingly, Defendant requests that the deadline to move or plead be extended by 21 days from the current deadline, June 26, 2026 to July 17, 2026.

Respectfully Submitted,

*/s/ George L. Stevens*
George L. Stevens (0092609)
Vorys, Sater, Seymour and Pease LLP
52 E. Gay St.
Columbus, Ohio  43215
(614) 464-6328
glstevens@vorys.com

*Counsel for Defendant*
*BWI Westwood, LLC*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that true and accurate copies of the foregoing document were served upon all counsel of record via the Court's ECF system this 25th day of June, 2026.

*/s/ George L. Stevens*
George L. Stevens (0092609)

*Counsel for Defendant*
*BWI Westwood, LLC*