Bercksville.Ext.6.30.26

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| SPENCER NEAL, et al., | ) | CASE NO. 1:25 – CV – 02008 – DCN |
| | ) | |
| | ) | |
| Plaintiff, | ) | JUDGE DONALD C. NUGENT |
| | ) | |
| v. | ) | |
| | ) | |
| MARC GLASSMAN, INC., et al., | ) | |
| | ) | **MOTION FOR ENLARGEMENT OF** |
| | ) | **TIME** |
| Defendant. | ) | |

By and through counsel Defendant Brecksville Shopping Center requests until July 21, 2026 within which to respond or otherwise plead.  The current deadline for this defendant's response is June 30, 2026.  The defendant has been granted one prior enlargement of the time within which to respond.  Undersigned counsel represents that yesterday he received first notice notice of additional representation of the defendant by David Stadler of Ankuda, Stadler & Moeller, LTD, and that this leave will permit the defendant and undersigned counsel to confer with Mr. Stadler prior to responding.  This leave is not interposed for the purpose of delay.

Plaintiffs' counsel consents to the requested leave.

Therefore, Defendant Brecksville Shopping Center requests that this court enlarge the time within which defendant may file its responsive pleading to the First Amended Complaint up

1

GRANTED: ___
DENIED: X ___
IT IS SO ORDERED.

_[signature]_ 7/1/26
U.S. DISTRICT JUDGE