IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO,

| | | |
|---|---|---|
| SPENCER NEAL, *et al.*, | ) | |
| | ) | CASE NO. 1:25-cv-02008-DCN |
| Plaintiffs, | ) | |
| | ) | JUDGE DONALD C. NUGENT |
| v. | ) | |
| | ) | |
| MARC GLASSMAN, INC., *et al.* | ) | **UNOPPOSED MOTION FOR** |
| | ) | **ENLARGMENT OF TIME TO** |
| Defendants. | ) | **ANSWER, PLEAD, OR** |
| | ) | **OTHERWISE RESPOND TO** |
| | ) | **PLAINTIFFS' FIRST AMENDED** |
| | ) | **COMPLAINT** |

Now comes Defendant, Optimus Aurora, LLC., by and through counsel and respectfully requests a 30 day enlargement of time to answer, plead, or otherwise respond to Plaintiffs' First Amended Complaint. Optimus Aurora, LLC's has not requested any prior extensions. Optimus Aurora, LLC's respectfully requests a 30 day extension of time, up to and including July 30, 2026, to answer, plead, or otherwise respond to the Amended Complaint, due to the need to fully review the matter and as a result of the extended length of allegations in the Amended Complaint.

This Motion is made in good faith and not for purposes of unnecessary delay. The undersigned contacted both Plaintiffs' counsel. Both Plaintiffs' counsel indicated that Plaintiffs do not oppose and do consent to an extension of time to pled. Plaintiff's counsel attorney Meeker consented to a 30 day extension.

1

Accordingly, Optimus Aurora, LLC's respectfully requests that this Court grant a 30 day extension, up to and including July 30, 2026, for Optimus Aurora, LLC to answer, plead, or otherwise respond to the Amended Complaint.

Respectfully submitted,

*/s/ Douglas K. Paul*
Douglas K. Paul, #0065467
REITZ, PAUL & SHORR
215 West Garfield Road, Suite 230
Aurora, Ohio 44202
(330) 562-3156 Telephone
(330) 562-9540 Facsimile
dpaul@rpsohiolaw.com
*Attorney for Optimus Aurora, LLC.*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on July 1, 2026, a copy of the foregoing document was filed electronically with the Court's electronic system, which will provide notifications of such filing to all parties.

*/s/ Douglas K. Paul*
Douglas K. Paul, #0065467
REITZ, PAUL & SHORR
*Attorney for Optimus Aurora, LLC.*
