**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| Spencer Neal, et.al., | : | |
| | : | |
| Plaintiffs, | : | Case No. 1:25-cv-02008-DCN |
| | : | |
| v. | : | Judge Donald C. Nugent |
| | : | |
| Marc Glassman, Inc., et.al., | : | |
| | : | |
| Defendants. | : | |

## DEFENDANT SUBURBAN CENTERS, INC.'S MOTION FOR EXTENSION OF TIME TO MOVE OR PLEAD TO PLAINTIFFS' FIRST AMENDED COMPLAINT

Defendant, Suburban Centers, Inc., by and through their undersigned counsel, hereby move this Court for a twenty-eight (28) day extension of time, until July 29, 2026, in which to answer, move, or otherwise plead in response to Plaintiff's First Amended Complaint. The reasons for motion are more fully set forth in the memorandum below.

Respectfully Submitted,

**LUPER NEIDENTHAL & LOGAN**
*A Legal Professional Association*


_____*/s/ William H. Prophater, Jr.*_____
William H. Prophater, Jr.     (0062318)
Lead Counsel
wprophater@lnlattorneys.com
1160 Dublin Road, Suite 400
Columbus, Ohio 43215
Telephone:     (614) 827-0902
Facsimile:     (866) 345-4948
*Counsel for Defendant Suburban Centers, Inc.*

## MEMORANDUM IN SUPPORT

The undersigned has just been retained to represent Defendant Suburban Centers, Inc. in this matter and has not had time to fully review Plaintiffs' First Amended Complaint and its allegations. As such, the undersigned respectfully moves this Court for an order extending Defendant's move or plead date twenty-eight (28) days, up to an including July 29, 2026, so as to provide the undersigned with sufficient time to prepare a response to Plaintiffs' First Amended Complaint.

Respectfully Submitted,

**LUPER NEIDENTHAL & LOGAN**
*A Legal Professional Association*


　　　　*/s/ William H. Prophater, Jr.*
William H. Prophater, Jr.　　(0062318)
Lead Counsel
wprophater@lnlattorneys.com
1160 Dublin Road, Suite 400
Columbus, Ohio 43215
Telephone:　(614) 827-0902
Facsimile:　(866) 345-4948
*Counsel for Defendant Suburban Centers, Inc.*


## CERTIFICATE OF SERVICE

I hereby certify that on July 1, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will also send such notification to all parties indicated on the electronic filing receipt.


　　　　*/s/ William H. Prophater, Jr.*
William H. Prophater, Jr.　　(0062318)

2