**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| SPENCER NEAL, et al., | ) | CASE NO. 1:25 – CV – 02008 – DCN |
| | ) | |
| | ) | |
| Plaintiffs, | ) | JUDGE DONALD C. NUGENT |
| | ) | |
| v. | ) | |
| | ) | |
| MARC GLASSMAN, INC., et al., | ) | **PLAINTIFFS' UNOPPOSED MOTION** |
| | ) | **FOR ENLARGEMENT OF TIME** |
| Defendants. | ) | |

By and through counsel, Plaintiffs request a two-week extension of time within which to respond to Defendant Edison Park, Ltd.'s ("Defendant's") motion to dismiss Plaintiffs' First Amended Complaint.  The current deadline for Plaintiffs' response is July 12, 2026.  No prior enlargement of the time within which to respond has been requested or granted.   This leave is not interposed for the purpose of delay.

Defendant's counsel consents to the requested leave.

Therefore, Plaintiffs request that this court enlarge the time within which they may file their response to Defendant's motion up to and including July 26, 2026.

1

Respectfully Submitted,

/s/ Colin G. Meeker                          /s/ George W. Cochran

COLIN G. MEEKER (#0092980)                   GEORGE W. COCHRAN (#0031691)
cgm@bmblaw.com                               lawchrist@gmail.com
BLAKEMORE, MEEKER                            LAW OFFICE OF GEORGE W. COCHRAN
& BOWLER CO., L.P.A.                         1981 Crossfield Circle
495 Portage Lakes Dr.                        Kent, OH 44240
Akron, OH 44319                              O: (330) 607-2187
O: (330) 253-3337                            F: (330) 595-4513
F: (330) 253-4131

CERTIFICATE OF SERVICE

This 1st day of July, 2026, a copy of the foregoing document was filed electronically with the court's electronic filing system, which will provide notice of the same to all parties indicated on the electronic filing receipt.

/s/George W. Cochran
George W. Cochran
One of the Attorneys for
Plaintiffs

2