IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| SPENCER NEAL, et al., | ) | CASE NO. 1:25 – CV – 02008 – DCN |
| | ) | |
| | ) | |
| Plaintiffs, | ) | JUDGE DONALD C. NUGENT |
| | ) | |
| v. | ) | |
| | ) | |
| MARC GLASSMAN, INC., et al., | ) | |
| | ) | **ORDER** |
| | ) | |
| Defendants. | ) | |

This matter comes before the court on Plaintiffs' motion to extend the time within which to respond to Defendant Edison Park, Ltd.'s ("Defendant's") motion to dismiss the First Amended Complaint. Having reviewed the motion, and noting Defendant's consent, the court finds good cause to grant the motion.

WHEREFORE, Plaintiffs' Motion is hereby granted.  Plaintiffs shall have up to and including July 26, 2026 to respond to Defendant's motion to dismiss.

SO ORDERED.

This 2ND the day of July, 2026

_____
United States District Court Judge